MAY 15, 1946

No. 51141.——Protest 92253–K of Fung Chong Co. Abstract 50979. Motion of Government for rehearing denied.

No. 51142.——Protests 76423–K, etc., of Columbia Co. et al. Abstract 50980. Motion of Government for rehearing denied.

No. 51143.——Protest 985847–G of Chong Sing & Co. Abstract 50981. Motion of Government for rehearing denied.

MAY 15, 1946

No. 51144.—SUIT 4520.——United States v. Water Treatment Co. of America (Gurge & Co.). C. D. 929 reversed March 30, 1946. C. A. D. 332.

MAY 16, 1946

No. 51145.—SUIT 4500.——United States v. J. E. Bernard & Co., Inc. C. D. 887 reversed March 30, 1946. C. A. D. 331.

No. 51146.—SUIT 4513.——United States v. Wm. S. Pitcairn Corp. Reap. Dec. 6121 affirmed March 30, 1946. C. A. D. 334.

No. 51147.—SUIT 4516.——United States v. Julius Kayser & Co. C. D. 925 affirmed March 30, 1946. C. A. D. 333.

No. 51148.—SUIT 4525.——United States v. Sherbrook Distributing Co. C. D. 935 modified March 30, 1946. C. A. D. 330.